UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. PIERCE,<br><br>             Plaintiff,<br><br>   v.<br><br>STEPHEN KANE, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:13-cv-00178-AWI-SMS<br><br>ORDER TRANSFERRING VENUE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

On February 5, 2013, Plaintiff Ronald E. Pierce filed a complaint against various defendants, including judges of the Fifth District Court of Appeal for the State of California.

"Any justice, judge or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Because the judges of the Fresno Division of the Eastern District of California maintain personal and professional relationships with local state court judges, including the judges of the Fifth District Court of Appeal for the State of California, the judges of the Fresno Division must recuse themselves from this case to avoid any appearance of such partiality.

Accordingly, the Court hereby ORDERS this case TRANSFERRED to the Sacramento Division of the Eastern District of California.

IT IS SO ORDERED.

Dated:   March 8, 2013                                   _____
                                                          SENIOR DISTRICT JUDGE

1